# Exhibit A

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

K. Fields

Box 25607

Chattanooga, Tn. 37422

Plaintiff(s) Name, Address

Vs

Checker Group, Inc.

c/o CT Corporation System

289 S. Culver

Lawrenceville, GA. 30046

Defendant(s) Name, Address & Daytime Telephone #, if known; Or evening #.

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770- 822-8100, Ext. Civil Div.)

106C

Civil Action No. 24-M-17255

# STATEMENT OF CLAIM

INFO & FORMS ON INTERNET, www.gwinnettcourts.com

E-Mail: mag@gwinnettcounty.com

[ ] Suit on Note    [ ] Suit on Account    [✓] Other Violations of 15 U.S.C. 1681 et Seq.

1. The Court has jurisdiction over the defendant(s) [✓] the Defendant(s) is a resident of Gwinnett County; [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim): Plaintiff was Denied the Right to Rent a Vehicle Because of a Botched Consumer Report Produced By Checker Group, Inc ("Checker"). Defendant Fails to Comply With the Fair Credit Reporting Act ("FCRA") Specifically 15 U.S.C. § 1681g and 15 U.S.C. 1681e(b) And Plaintiff Is Entitled to Recover Damages Pursuant to the Statute.

3. That said claim is in the amount of $ +15,000.00, principal $_____ interest, plus $106.00 costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:

Matthew K Fields being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

_____ 22 day of _____ 20 24

Notary Public/Attesting Official

Plaintiff(s) or Agent

(If Agent-Title or Capacity)

(423) 432-8472

Day Time Phone Number

I request a civil trial: [ ] during normal business hours  --OR-- [ ]  6:30 p.m. Trial    ALL CONFLICTS WILL BE SET FOR 6:30 p.m. Trials

## NOTICE AND SUMMONS

TO: All Defendant(s)  You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

This 22ND day of April, 2024 _____

Magistrate or Deputy Clerk of Court

See Instructions on Reverse Side of this Document

Q:\Magforms\Forms\Statement Of Claims Mag.10-01    White--MAGISTRATE  Yellow--DEFENDANT  Pink—PLAINTIFF    Aug 10