IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MATTHEW K. FIELDS,     :
           :
           :
 Plaintiff,     :   CIVIL ACTION NO.
           :   1:24-cv-2122-AT
           :
           :
CHECKR GROUP, INC.,    :
           :
 Defendant.     :
           :

## **<u>ORDER</u>**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 22], recommending the Defendant's Motion to Dismiss (Doc. 16) be granted and Plaintiff's complaint be dismissed.

A review of the docket reflects that no objections have been filed in response to the Magistrate's Report.  In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [Doc. 22] as the opinion of the Court. Plaintiff's case is **DISMISSED WITH PREJUDICE**.  The Clerk is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED** this 20th day of June, 2025.

 

 

AMY TOTENBERG
UNITED STATES DISTRICT JUDGE