**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MATTHEW K. FIELDS,
               Plaintiff(s),

vs.

CHECKR GROUP, INC.,
               Defendant(s).

CIVIL ACTION FILE

NO.  1:24-cv-2122-AT

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and Defendant's Motion to Dismiss that was converted to Motion for Partial Summary Judgment, and the court having adopted the report and recommendation and granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 20th day of June, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/D. Burkhalter
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 20, 2025
Kevin P. Weimer
Clerk of Court

By: s/D. Burkhalter
     Deputy Clerk